**Opinion issued January 7, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00136-CV

———————————

## CHRIS COOPER, Appellant

## V.

## MEDICAL TECHNOLOGY ASSOCIATES, INC., Appellee

---

### On Appeal from the 127th District Court
### Harris County, Texas
### Trial Court Case No. 2012-00129

---

## MEMORANDUM OPINION

Appellant, Chris Cooper, has failed to timely file a brief. *See* TEX. R. APP. P.

38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief). After being notified that this appeal was subject to dismissal, appellant did

not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.